UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON DUCK TOURS, LP,<br><br>                Plaintiff,<br><br>     v.<br><br>SUPER DUCK TOURS, LLC,<br><br>                Defendant. | CIVIL ACTION<br>NO. 07-11222-NMG |

**AFFIDAVIT OF SARA CABLE**

I, Sara Cable, do hereby state and depose under oath as follows:

1. My name is Sara Cable and I am an associate with the law firm of Bingham McCutchen LLP. I am one of the attorneys for Defendant Super Duck Tours LLC in this case. I make this affidavit in opposition to plaintiff Boston Duck Tours, LP's ("BDT") Motion for a Temporary Restraining Order and Preliminary Injunction.

2. Between July 5th and 8th 2007, I conducted a search for "duck tours" on www.google.com. I received 1,820,000 hits. *See **Exhibit 1**.* Among the results were various websites discussing and/or defining "duck" as a generic term for amphibious vehicles and a "duck tour" as a genus of tourist activities in which passengers are given a sight-seeing tour in such a vehicle. Attached as ***Exhibit 2*** are true and accurate print-outs/screen-shots of selected newspaper and blog articles discussing "duck tours" that I obtained from this internet search. Attached as ***Exhibit 3*** are true and accurate print-outs/screen-shots of selected travel websites that feature "duck tours" as a category of tourist activity, also obtained from my internet search. (Uses of "duck tour" have been underlined and/or boxed in both exhibits for the Court's convenience.)

3. Attached as ***Exhibit 4*** are true and correct copies of excerpts from the Oxford English Reference Dictionary (2d Ed. Rev. 2002) at p. 434 (defining "duck" as "an amphibious landing-

craft") and p. 1523 (defining "tour" as "a journey from place to place as a holiday," or "an excursion, ramble, or walk.").

4. Attached as *Exhibit 5* is a true and accurate print-out of Boston Duck Tour's website from 2001.

5. Attached as *Exhibit 6* is a true and accurate screen-shot from the current website of Boston Duck Tours, explaining that the name "duck" originally derived from a special vehicle identification code – DUKW – given to the certain amphibious vehicles built by General Motors during World War II.

6. Attached as *Exhibit 7* is a true and accurate print-out from the United States Patent and Trademark Office's ("USPTO") Trademark Electronic Search System, reflecting that the USPTO has registered 13 marks in the international class encompassing sightseeing tours that include the word "duck" or "duck tours."

Signed this 9th day of July, 2007 under the pains and penalties of perjury,

       /s/ Sara E. Cable_____
       Sara E. Cable

## CERTIFICATE OF SERVICE

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 9, 2007.

       /s/ Joshua M. Dalton_____
       Joshua M. Dalton, BBO #636402