04BSBFR1875

## PLAINTIFF'S INJUNCTION BOND TO DEFENDANT -
### Temporary Restraining Order

Know all men by these presents that we <u>Boston Duck Tours, LP</u> as Principal and <u>Hartford Casualty Insurance Company</u> a corporation organized under the laws of the State of <u>Indiana</u>, and duly authorized to transact business in the State of <u>Massachusetts</u> as Surety, are held and firmly bound unto <u>Super Duck Tours, LLC</u>, in the penal sum of <u>One Hundred Thousand</u> Dollars ($ 100,000   ), lawful money of the United States, to the payment of which well and truly to be made we hereby bind ourselves and our heirs, administrators, successors, and assigns, jointly and severally, firmly by these presents.

WHEREAS, the above named plaintiff has duly applied to this court for a preliminary restraining order and a temporary writ of injunction against the defendant in this action, according to the statute in such cases provided.

NOW, THEREFORE, the condition of this obligation is such that, if the said plaintiff shall pay the said defendant such damages as he sustains by reason of said preliminary restraining order or temporary injunction, if the Court finally decides that the said plaintiff is not entitled thereto (or to either or any of them, if more than one defendant), then this obligation shall be void, otherwise to remain in full force and effect.

In witness whereof, the Principal and Surety have hereunto set their hands and seals this _____13th_____ day of _July_____, ~~199~~ 2007

Attest:_____

Attest:_____

                                        Boston Duck Tours, LP

By:_____
        PRINCIPAL

        Hartford Casualty Insurance Company

By:_____
        SURETY       Attorney-In-Fact
        William von Hassel

# POWER OF ATTORNEY

Direct Inquiries/Claims to:
**THE HARTFORD**
BOND, T-4
P.O. BOX 2103, 690 ASYLUM AVENUE
HARTFORD, CONNECTICUT 06115
call: 888-266-3488 or fax: 860-757-5835)

KNOW ALL PERSONS BY THESE PRESENTS THAT:

Agency Code: 04  041167

| | |
|---|---|
| [ ] | Hartford Fire Insurance Company, a corporation duly organized under the laws of the State of Connecticut |
| [X] | Hartford Casualty Insurance Company, a corporation duly organized under the laws of the State of Indiana |
| [ ] | Hartford Accident and Indemnity Company, a corporation duly organized under the laws of the State of Connecticut |
| [ ] | Hartford Underwriters Insurance Company, a corporation duly organized under the laws of the State of Connecticut |
| [ ] | Twin City Fire Insurance Company, a corporation duly organized under the laws of the State of Indiana |
| [ ] | Hartford Insurance Company of Illinois, a corporation duly organized under the laws of the State of Illinois |
| [ ] | Hartford Insurance Company of the Midwest, a corporation duly organized under the laws of the State of Indiana |
| [ ] | Hartford Insurance Company of the Southeast, a corporation duly organized under the laws of the State of Florida |

having their home office in Hartford, Connecticut (hereinafter collectively referred to as the "Companies"), do hereby make, constitute and appoint,
*up to the amount of* UNLIMITED  :
WILLIAM VON HASSEL, MARIE E. SMITH OF DEERFIELD, NEW HAMPSHIRE

their true and lawful Attorney(s)-in-Fact, each in their separate capacity if more than one is named above, to sign its name as surety(ies) only as delineated above by [X], and to execute, seal and acknowledge any and all bonds, undertakings, contracts and other written instruments in the nature thereof, on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

In Witness Whereof, and as authorized by a Resolution of the Board of Directors of the Companies on January 22, 2004, the Companies have caused these presents to be signed by its Assistant Vice President and its corporate seals to be hereto affixed, duly attested by its Assistant Secretary. Further, pursuant to Resolution of the Board of Directors of the Companies, the Companies hereby unambiguously affirm that they are and will be bound by any mechanically applied signatures applied to this Power of Attorney.

  

Paul A. Bergenholtz, Assistant Secretary    M. Ross Fisher, Assistant Vice President

STATE OF CONNECTICUT }
                      } ss.  Hartford
COUNTY OF HARTFORD   }

On this 1st day of February, 2004, before me personally came M. Ross Fisher, to me known, who being by me duly sworn, did depose and say: that he resides in the County of Hartford, State of Connecticut; that he is the Assistant Vice President of the Companies, the corporations described in and which executed the above instrument; that he knows the seals of the said corporations; that the seals affixed to the said instrument are such corporate seals; that they were so affixed by authority of the Boards of Directors of said corporations and that he signed his name thereto by like authority.



CERTIFICATE

Scott E. Paseka
Notary Public
My Commission Expires October 31, 2007

I, the undersigned, Assistant Vice President of the Companies, DO HEREBY CERTIFY that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which is still in full force effective as of July 13, 2007
Signed and sealed at the City of Hartford.

       

Gary W. Stumper, Assistant Vice President

POA 2005